UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CAUSE NO. 1:21-mj-0088 |
| | ) | |
| RICKY BLYTHE, | ) | - 01 |
| Defendant. | ) | |

## COURTROOM MINUTE FOR FEBRUARY 10, 2021
## HONORABLE DORIS L. PRYOR, MAGISTRATE JUDGE

The parties appear for an initial appearance on the complaint filed on January 29, 2021.

Defendant appeared in person and by FCD counsel William Dazey.   Government represented by

AUSA Michelle Brady.   USPO represented by Courtney Ratzlaff.

Defendant orally waived his right to physically appear for his initial appearance in the

courtroom and consented to appear via video teleconference from the Marion County Jail.

Financial affidavit approved.   Counsel appointed.

Charges, rights and penalties were reviewed and explained.   Defendant waived reading

of the complaint.

Government moved for pretrial detention and a hearing was scheduled.   Preliminary and

detention hearing set for **February 18, 2021 at 1:00 p.m. via video teleconference** before the

criminal duty magistrate judge.

Pursuant to Rule 5(f) of the Federal Rules of Criminal Procedure, the court, with both the

prosecutor and defense counsel present, confirms the government's obligation to disclose

favorable evidence to the accused under *Brady v. Maryland*, 373 U.S. 83 (1963), and its progeny,

and orders it to do so. Favorable evidence under *Brady* need only have some weight and includes

both exculpatory and impeaching evidence. Failure to produce such evidence in a timely manner may result in sanctions, including, but not limited to, adverse jury instructions, dismissal of charges, and contempt proceedings.

Defendant remanded to the custody of the U.S. Marshals pending further proceedings before the court.

Date: 2/10/2021

Doris L. Pryor
United States Magistrate Judge
Southern District of Indiana