# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

| United States of America | ) |
| v. | ) |
|   | ) Case No. 1:21-mj-0088 |
|   | ) |
|   | ) |
| Ricky Blythe | ) |
| *Defendant* | ) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Ricky Blythe

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Count 1: Possession with Intent to Distribute 500 Grams or More of Methamphetamine, in violation of 21 U.S.C. §§ 841(a)(1).
Count 2: Previously Convicted Felon in Possession of a Firearm, in violation of 18 U.S.C. § 922(g)(1).

Date:   Date: 1/29/2021

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

City and state:   Indianapolis, IN

---

**Return**

This warrant was received on *(date)* 01/29/2021, and the person was arrested on *(date)* 01/28/2021
at *(city and state)* INDIANAPOLIS, INDIANA

Date: 02/10/2021

*Arresting officer's signature*

TODD BEVINGTON - ATF S/A
*Printed name and title*